FILED
2019 Oct-31 AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAMES EDWARD GREENHOW,** | ) |
| Petitioner, | ) |
| v. | ) 1:17-cv-00139-RDP-HNJ |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On October 1, 2019, the Magistrate Judge entered a report recommending the petition be denied and that this action be dismissed without prejudice for lack of jurisdiction. (Doc. 26). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the Magistrate Judge's report, the court hereby **ADOPTS** the report of the Magistrate Judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied and that this action is due to be dismissed without prejudice for lack of jurisdiction.

A separate order will be entered.

The Clerk is DIRECTED to serve a copy of this memorandum opinion on the petitioner and on counsel of record.

**DONE** and **ORDERED** this October 31, 2019.

                                              _____
                                              **R. DAVID PROCTOR**
                                              UNITED STATES DISTRICT JUDGE